DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**ERROL O. BOOTHE,**

Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** As Trustee for **STANWICH MORTGAGE LOAN TRUST SERIES 2012-3,**

Appellee.

No. 4D18-3369

[April 4, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 12-025009 CACE (11).

Errol O. Boothe, Coconut Creek, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***